# Court of Appeals
# of the State of Georgia

ATLANTA, __December 12, 2012__

*The Court of Appeals hereby passes the following order:*

**A13A0708.  SHIRLEY PACE v. ALFREDA WILLIAMS.**

Alfreda Williams sued Shirley Pace, and the magistrate court entered judgment in Williams' favor.  On appeal, the state court awarded $5,255.75 to Williams.  Pace, acting pro se, then filed this direct appeal.  We lack jurisdiction for two reasons.

First, the discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less.  See OCGA § 5-6-35 (a) (6).  The discretionary appeal procedure also applies when a party seeks review of a state court's order reviewing the judgment of a magistrate court.  See OCGA § 5-6-35 (a) (1).  Because Pace failed to follow the required procedure, her appeal is hereby DISMISSED for lack of jurisdiction.  See *Hill v. Rose Electric Co.*, 220 Ga. App. 603, 604 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __12/12/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*